```
JEFFERY J. SWANSON, SBN 155118
AARON W. MOORE, State Bar No. 248566
SWANSON MOORE
2515 Park Marina Drive, Ste. 102
Redding, CA 96001
Telephone: 530.225.8773
Facsimile: 530.232.2772

Attorneys for Defendants Gary Rumiano,
Kraig Rumiano, Keith Rumiano, and
Rumiano Farms
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN LYNN SHANE, AS TRUSTEE OF THE GEORGE WALTER RUMIANO AND KATHLEEN CLARA RUMIANO FAMILY TRUST,<br><br>Plaintiff,<br><br>v.<br><br>GARY RUMIANO,<br>KRAIG RUMIANO,<br>KEITH RUMIANO, individually and<br>RUMIANO FARMS, a general partnership;<br>and DOES 1 through 20, inclusive,<br><br>Defendants. | No. 2:17-cv-01674-WBS-KJN<br><br>**DEFENDANTS' REQUEST FOR TELEPHONIC APPEARANCE ON DEFENDANTS' MOTION FOR STAY; ORDER**<br><br>**DATE: January 8, 2018**<br>**TIME: 1:30 p.m.**<br>**JUDGE: HON. WILLIAM B. SHUBB** |

Swanson Moore, counsel for defendants Gary Rumiano, Kraig Rumiano, Keith Rumiano and Rumiano Farms (collectively "Defendants"), respectfully requests leave to appear before the Honorable William B. Shubb via telephone at the hearing on Defendants' Motion for Stay, scheduled to be heard on January 8, 2018 at 1:30 p.m., in Courtroom 5, 14TH Floor.

1

REQUEST FOR TELEPHONIC APPEARANCE

Counsel requests a telephonic appearance due to the distance and time required to travel to and from Redding, California, to make said appearance.

Aaron W. Moore will appear on behalf of Defendants. His direct telephone number is (530) 338-1661. His email address is aaron@swansonmoore.com.

Dated: November 28, 2017         SWANSON MOORE

By: /s/Jeffery J. Swanson
JEFFERY J. SWANSON,
Attorneys for Defendants
Gary Rumiano, Kraig Rumiano,
Keith Rumiano and Rumiano
Farms

**ORDER**

The court hereby grants Defendants' request to appear via telephone at the hearing on Defendant's Motion for Stay. The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

Dated: November 27, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE