JEFFERY J. SWANSON, SBN 155118
AARON W. MOORE, State Bar No. 248566
SWANSON MOORE
2515 Park Marina Drive, Ste. 102
Redding, CA 96001
Telephone: 530.225.8773
Facsimile: 530.232.2772

Attorneys for Defendants Gary Rumiano,
Kraig Rumiano, Keith Rumiano, and
Rumiano Farms

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN LYNN SHANE, AS TRUSTEE OF THE GEORGE WALTER RUMIANO AND KATHLEEN CLARA RUMIANO FAMILY TRUST, | No. 2:17-cv-01674-WBS-KJN **ORDER ON DEFENDANTS' MOTION FOR STAY** |
| Plaintiff, | DATE: January 8, 2018 |
| v. | TIME: 1:30 p.m. |
| GARY RUMIANO, KRAIG RUMIANO, KEITH RUMIANO, individually and RUMIANO FARMS, a general partnership; and DOES 1 through 20, inclusive, | JUDGE: HON. WILLIAM B. SHUBB |
| Defendants. | |

**ORDER**

The court, having considered Defendants' Motion For Stay, the papers filed in support of the motion, and Plaintiff's Notice of Non-Opposition, and good cause appearing therefor, hereby grants Defendants' Motion to Stay this proceeding. This case

1
ORDER ON DEFENDANTS' MOTION FOR STAY

shall be stayed pending final resolution of the Tehama County Superior Court Case No CI60054, and any appeal therefrom. Counsel for Plaintiff shall notify this court when the state court action is fully resolved. All pending hearing dates and deadlines are vacated. The Clerk of Court is instructed to administratively close this case, to be reopened after resolution of the Tehama County Superior Court Case No CI60054 upon written request and application of the parties and order of this court.

Dated: December 22, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE